In the Matter of the Claim of ORVILLE WELLS, Respondent, against GENERAL CARBONIC COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the opinion in Matter of Rubenstein v. Pechter Baking Co., decided herewith. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of HERBERT S. WALTERS, Respondent, against COHN, HALL, MARX COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY WERNER, Respondent, against RICKEY, BROWNE & DONALD, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR J. BRAND, Relator, v. M. FRANK LOUGHMAN and Others, Constituting the State Tax Commission, Respondents.*— Determination confirmed, with fifty dollars costs and disbursements, on the authority of People ex rel. Kohlman & Co. v. Law (239 N. Y. 346). Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.

ALBERT SUETTERLEIN, Appellant, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. Van Kirk, P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Hinman, J., dissents.

ROSS W. COOPER and Another, Respondents, v. COLONIAL MOTOR COACH CORPORATION, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects appeal within twenty days, and pays said costs, and is prepared to argue the case at the November term, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ESTHER FRIEDMAN, as Administratrix, etc., of MARY FRIEDMAN, Also Known as MAY FRIEDMAN, Deceased, Respondent, v. SHINDLER'S PRAIRIE HOUSE, INC., and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JACOB LEVINE, Respondent, v. HYMAN PERSKY, Appellant.— Motion denied, with ten dollars costs. Clerk may certify the record, without the exhibits which may be used and presented, with typewritten copies, to the court on the argument. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.